473 A.2d 696

Commonwealth v. Robinson, Appellant.

 Submitted January 26, 1984. Claudia Creo Sharon, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment of sentence affirmed.